# Exhibit F

## FW: 7EDU Matter

**David Yang** <dyang@hycounsel.com>
Wed 1/31/2024 2:28 PM

To: Sharlene Lee <slee@hycounsel.com>

---

**From:** David Yang <dyang@hycounsel.com>
**Date:** Thursday, January 11, 2024 at 1:13 PM
**To:** Mario Goluza <admin@cohenip.com>
**Cc:** Michael Cohen <mcohen@cohenip.com>
**Subject:** Re: 7EDU Matter

Michael and Mario,

I confirm receipt of your email below. My client 7EDU considers the situation to be urgent. Your client resigned her position with 7EDU and immediately set up a competing business and started soliciting 7EDU's customers and employees. We have information showing that she copied and retained 7EDU's materials, including counseling and educational materials as well as client and employee rosters. All of these materials are 7EDU's confidential and trade secret information, and she is using them for her solicitation efforts and to compete with 7EDU. Your client has also made false statements about 7EDU in her efforts to solicit 7EDU's customers. We understand that she has persisted in these activities even after receiving our cease and desist letter.

I understand your need to speak with your client to understand the facts and formulate a response. Given the situation as I outlined above, we will need your response as soon as you are able to send one. To be clear, 7EDU reserves the right to seek relief from the court even if we haven't yet received a response from you. In the meantime, we would consider it a gesture of good faith if you would instruct your client to cease and desist from the conduct described in our letter until we are able to come to a resolution on the issue.

Best regards,

David Yang
Hawkinson Yang LLP
(213) 634-0341 direct
dyang@hycounsel.com

---

**From:** Mario Goluza <admin@cohenip.com>
**Date:** Thursday, January 11, 2024 at 12:36 PM
**To:** David Yang <dyang@hycounsel.com>
**Cc:** Michael Cohen <mcohen@cohenip.com>
**Subject:** Re: 7EDU Matter

Dear Mr. Yang:

Can you please confirm the safe receipt of Mr. Cohen's email below dated January 6, 2024?

Thank you.

Best Regards,

Mario Goluža, J.D.
Operations Manager

Cohen IP Law Group, PC
admin@cohenip.com



9025 Wilshire Blvd., Suite 301
Beverly Hills, California 90211
Tel 310.288.4500 | Fax 310.246.9980 | cohenip.com

CONFIDENTIALITY NOTICE: This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.

On Sat, Jan 6, 2024 at 9:47 PM Michael Cohen <mcohen@cohenip.com> wrote:

> David,
>
> Please be advised that we have recently been retained by Ya You in connection with the matter you raised in your December 28, 2023.  We are requesting a 2-week extension of time so we can confirm further the our client.
>
> Thank you,
>
> **Michael N. Cohen, Esq.**
> Cohen IP Law Group, PC
> mcohen@cohenip.com
>
> Cohen IP Law Group
>
> 9025 Wilshire Blvd., Suite 301
> Beverly Hills, California 90211
> Tel 310.288.4500 | Fax 310.246.9980 | cohenip.com
>
> CONFIDENTIALITY NOTICE: This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.