LAW OFFICES OF

# PERRY R. CLARK

825 SAN ANTONIO ROAD
PALO ALTO, CA 94303
TELEPHONE: 650 248 5817
FACSIMILE: 650 618 8533
EMAIL: perry@perryclarklaw.com

March 26, 2024

Hon. Edward J. Davila
U.S. District Judge
San Jose Courtroom 4—5th Floor
280 South First Street
San Jose, CA  95113

      Re:    ***7EDU Impact Academy, Inc. v. Ignision Education Silicon Valley,*** **5:24-cv-1708-EJD**

Dear Judge Davila,

      I, along with Mr. Michael Cohen, Esq., represent Defendants Ignision Education Silicon Valley, et al.

      As agreed at today's status conference, counsel for the parties met and conferred in an attempt to craft a stipulated temporary restraining order for this case. Unfortunately, the parties were unable to reach an agreement.

      I am attaching a proposed temporary restraining order that contains Defendants' most recent proposed language.  Defendants' counsel remains willing and available to discuss modifications to this proposal based on concrete, detailed descriptions of the alleged trade secret information at issue.

      In the opinion of Defendants' counsel, the parties' primary disagreement was over Plaintiff's proposal to expand the definition of "Misappropriated Proprietary Information" to include "employee pay information, marketing plans, detailed substantive information used in 7EDU's programs including course information and research into colleges and universities and strategies to gain admission to them."  In Defendants' opinion, "employee pay information" is too vague because it includes information that Plaintiffs themselves have filed on the public docket in this case (*See* Doc. 9-2 at 3 (Plaintiff's "Employee will be paid $72,000 annually") 9-4 at 3 (Plaintiff's "Employee's initial base salary will be $3,300 a month")).  And it appears that "course information" and "strategies to gain admission to" colleges are information that 7EDU shares with its students without any requirement that it be kept confidential.  And, in any

event, they are simply to vague and ill-defined to allow Defendants reasonable certainty about the parameters of the conduct that would be restrained.

Defendants understand that Plaintiff believes time is of the essence and, as such, are providing what they believe to be a good faith compromise that will "preserve the status quo" pending further discussions between the parties and/or further litigation while allowing the Defendants to continue to serve their students and adhere to any order of the Court.

Respectfully Submitted,

*/s/ Perry Clark*