**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 7EDU IMPACT ACADEMY INC., <br><br> Plaintiff, <br><br> vs. <br><br> YA YOU, an individual, AMY QU (a.k.a. AIMEE QU), an individual; YAYI LI, an individual; IGNISION EDUCATION SILICON VALLEY, a California corporation; and DOES 1-10, inclusive. <br><br> Defendants. | CASE NO.  24-cv-01708-EJD  *As Modified* <br><br> [PROPOSED] **ORDER GRANTING PLAINTIFF 7EDU IMPACT ACADEMY INC.'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, EXEPDITED DISCOVERY, AND EVIDENCE PRESERVATION** |

**TEMPORARY RESTRAINING ORDER**

On March 19, 2024, Plaintiff 7edu Impact Academy, Inc. ("7EDU" or "Plaintiff") filed its Ex Parte Motion for Temporary Restraining Order, Order to Show Cause re: Preliminary Injunction, Expedited Discovery, and Evidence Preservation Order ("Motion") with this Court. The Court, having considered the argument of counsel and the papers submitted with this matter, and for good cause shown, HEREBY ORDERS that the Motion is GRANTED, as more fully set forth herein.

The Court has found that good cause exists for issuance of a Temporary Restraining Order, as 7EDU has shown: (1) there is a substantial likelihood that 7EDU will succeed on the merits of its claims against Defendants Ya You ("You"), Amy Qu (a.k.a. Aimee Qu) ("Qu"), Yayi Li ("Li"), and Ignision Eduction Silicon Valley ("Ignision") (collectively, "Defendants") for misappropriation of trade secrets and breach of contract via the unauthorized transfer of trade secrets; (2) absent the issuance of preliminary injunctive relief 7EDU will suffer immediate and irreparable injury due to Defendants' use or disclosure of 7EDU's trade secrets; (3) such injuries substantially outweigh any costs to Defendants that may result from granting this motion, which is intended to preserve the status quo; and (4) the requested relief supports the strong public interest in favor of protecting trade secrets.

Pending hearing on the ~~Order to Show Cause~~ Motion for Preliminary Injunction set for 4/4/2024, Defendants, as well as any persons in active concert or participation with them, are hereby RESTRAINED, ENJOINED AND ORDERED as follows:

1. Defendants are ENJOINED AND RESTRAINED from obtaining, retaining, using, transmitting, disseminating, or disclosing any information, data, files, simulations, or documents related to confidential aspects of files that Defendants You, Qu, and Li downloaded, transferred, or otherwise obtained from 7EDU's systems during their employment with 7EDU prior to their resignations on December 7, 2023, December 14, 2024, and December 13, 2023, respectively, including any information contained within or deriving from those files (the "Misappropriated Proprietary Information");

2.  Defendants are ENJOINED AND RESTRAINED from directly or indirectly contacting or communicating with any and all clients, prospective clients, and vendors whose identities are contained in the Misappropriated Proprietary Information;

3.  ~~Defendants are REQUIRED to return to 7EDU, within three (3) days of the Order, any and all Misappropriated Proprietary Information that remain in Defendants' possession, custody, or control, including but not limited to any emails, files, records, or other documents that Defendants You, Qu, and/or Li downloaded, removed, or otherwise obtained from 7EDU, whether original or duplicate;~~

4.  Defendants are REQUIRED to identify for 7EDU, by hand delivery or electronically within three (3) days of the Order, all other desktop and laptop computers, internal and external hard drives, USB storage devices, flash drives, thumb drives, memory cards, read/writable optical media (including CD-ROMs and DVD-ROMs), cloud storage accounts (including Google Drive), email accounts, tablet devices (including iPads), smartphones, other storage devices or accounts, or hard copy documents (collectively, "Media"), belonging to or in Defendants' possession, custody, or control, that contain any 7EDU trade secrets or confidential and proprietary 7EDU information (the "Identified Media");

5.  Defendants are REQUIRED ~~to produce to 7EDU, by hand delivery or electronically~~ within three (3) days of the Order, ~~the Identified Media, or allow 7EDU's agents, including any computer forensic experts,~~ *to begin the process* to forensically preserve and mirror/image said Identified Media ~~(which mirrored data shall be kept confidential by 7EDU until such time as the Court re-designates any portion thereof under a protective order)~~;

6.  Defendants are REQUIRED to *preserve* ~~provide to 7EDU, by hand delivery or electronically~~ within three (3) days of the Order, all logins, user IDs, passwords, and any other processes necessary to obtain access to Defendant You's yayou0615@gmail.com email account, Defendant Qu's aimeequ17@gmail.com email account, Defendant Li's yayinancy@gmail.com email account, as well as any operating system, database, server, software, file, or other storage location for the Identified Media within Defendants' possession, custody, or control; and

7. Defendants are REQUIRED to identify for 7EDU, by hand delivery or electronically within three (3) days of the Order, any other persons, entities, or locations (including any Media) not within Defendants' possession, custody, or control, to which Defendants have transmitted, disseminated, disclosed, or stored any 7EDU trade secrets or confidential and proprietary 7EDU information.

The Temporary Restraining Order granted herein on  March 26 , 2024, at _____ shall expire on  April 4 , 2024, at  1:30 p.m. PT .

~~This Order, the Motion, and all supporting pleadings and papers shall be served on Defendants or Defendants' counsel no later than _____, 2024, by hand-delivery or electronically, including e-mail.~~

IT IS SO ORDERED.

DATED:  March 26, 2024

_____
Honorable Judge