# Hawkinson Yang

8033 W. Sunset Blvd. #3300
Los Angeles, California 90046
(213) 634-0370 main
(213) 260-9305 fax

David Yang
dyang@hycounsel.com
(213) 634-0341 direct

April 11, 2024

Via E-filing

**Re:	7EDU v. You et al, Case No. 5:24-cv-1708-EJD, Stipulation Regarding Expedited Discovery**

Dear Judge Davila,

In keeping with the parties' agreement relating to expedited discovery, reached at the hearing before Your Honor on April 4, 2024, on the following day (April 5), I forwarded a draft stipulation to counsel for the Defendants reflecting the agreement reached by the parties.  *See* the email thread attached to this letter as Exhibit A.  I included the terms we agreed to at the hearing, and proposed an April 19, 2024 deadline for Defendants' responses.  Separately, I forwarded proposals for a Protective Order and ESI Order.  The parties were able to agree on these.

Counsel for the Defendants did not respond to multiple offers to meet and confer to resolve any questions about these stipulations.  After 4 p.m. today, April 11, counsel for Defendants sent revisions to the discovery stipulation and stated it was ready to file.  However, Defendants had removed two of their email addresses from the materials to be lodged with a neutral discovery vendor from the proposed order, and proposed April 26, 2024 as a response date – leaving Plaintiffs with less than one week to review their responses and prepare an update to the Court (due May 2, 2024).  *See* Exhibit B (stipulated discovery order with Defendants' proposed edits in track changes).

We agreed at the hearing that images of these email accounts, going back to a year before the defendants resigned from 7edu (December, 2022), should be included in the materials lodged.[1]

Accordingly, we ask that the Court enter an order recognizing the stipulation reached at the hearing, submitted here as Exhibit C, reflecting that Defendants should submit all three of their personal emails, extending back to December 2022, to the neutral vendor as part of expedited discovery.  We also ask the court to order the Defendants to respond to this expedited discovery by April 19, rather than Defendants' suggested date of April 26, so that Plaintiffs have time to

---

[1] The original stipulation I forwarded to the defendants incorrectly indicated that the email mirrors should only extend back to December, 2023 (the month the defendants all resigned from 7edu).  The correct date is one year before this--December, 2022.  *See* Exhibit B.

review and analyze the responses, and meet and confer regarding any deficiencies, before updating the Court on May 2, 2024.

                                                    Respectfully submitted,

                                                    Elena DiMuzio
                                                    Of Counsel
                                                    Hawkinson Yang LLP