# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| 7EDU IMPACT ACADEMY INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>YA YOU, an individual; AMY QU (a.k.a. AIMEE QU), an individual; YAYI LI, an individual; IGNISION EDUCATION SILICON VALLEY, a California corporation; and DOES 1-10, inclusive<br><br>Defendants. | CASE NO. 5:24-CV-01708-EJD<br><br>[~~PROPOSED~~] ORDER STIPULATION RE BRIEFING FOR MOTION TO DISMISS |

PURSUANT TO STIPULATION, IT IS SO ORDERED, that certain deadlines are extended as follows:

1. The due date for Defendants to respond to expedited discovery is Wednesday, May 1, 2024
2. The Opposition Brief responding to Defendants' Motion to Dismiss (Dkt. 31) must be filed by May 8, 2024;
3. The Reply Brief in Support of Defendants' Motion to Dismiss (Dkt. 31) must be filed by May 15, 2024;
4. The Hearing date for the motion shall remain June 13, 2024; and
5. The Joint Status Report must be filed on or before May 9, 2024.

Dated: May 3, 2024

EDWARD J. DAVILA
United States District Judge

1
**[~~PROPOSED~~] ORDER STIPULATION RE BRIEFING FOR MOTION TO DISMISS**
CASE NO. 3:24-CV-01708-EJD