UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 7EDU IMPACT ACADEMY INC.,<br><br>Plaintiff,<br><br>v.<br><br>YA YOU, et al.,<br><br>Defendants. | Case No.   24-cv-01708-EJD<br><br>**ORDER RE JOINT STATUS REPORT**<br><br>Re: ECF No. 35 |

The Court is in receipt of Plaintiff 7EDU Impact Academy Inc. ("7EDU") and Defendants Ya You, Amy Qu, Yayi Li, and Ignision Education Silicon Valley ("Defendants") Joint Status Report on Expedited Discovery.  ECF No. 35.

All discovery matters are referred to Magistrate Judge Susan van Keulen pursuant to Federal Rule of Civil Procedure 72 and N.D. Cal. Civil Local Rule 72-1.

The parties shall submit a Joint Status Report on June 14, 2024 regarding (1) the progress of expedited discovery, and (2) the necessity of a hearing on Plaintiff's motion for preliminary injunction and a proposed briefing schedule on the motion.

The temporary restraining order entered on March 26, 2024 (ECF No. 20) is extended to June 14, 2024.

**IT IS SO ORDERED.**

Dated:  May 8, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 24-cv-01708-EJD
ORDER RE JOINT STATUS REPORT

1