**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 7EDU IMPACT ACADEMY INC., | CASE NO. 5:24-cv-01708-EJD |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXTENSION |
| vs. | |
| YA YOU, an individual, AMY QU (a.k.a. AIMEE QU), an individual; YAYI LI, an individual; IGNISION EDUCATION SILICON VALLEY, a California corporation; and DOES 1-10, inclusive. | |
| Defendants. | |

1     PURSUANT TO STIPULATION, IT IS SO ORDERED:

2 The briefing schedule for Defendants' Motion to Dismiss the First Amended Complaint ("Motion")

3 is adjusted as follows:

4     1. The deadline to file any Opposition to the Motion is June 7, 2024

5     2. The deadline to file any Reply in support of the Motion is June 14, 2024.

6     3. The hearing date remains August 22, 2024.

7

8     IT IS SO ORDERED.

9

10 DATED: June 10, 2024

11

12                                       Honorable Edward J. Davila