UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 7EDU IMPACT ACADEMY INC., a California Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>YA YOU, an individual; AMY QU (a.k.a. AIMEE QU), an individual; YAYI LI, an individual; IGNISION EDUCATION SILICON VALLEY, a California corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 5:24-cv-1708-EJD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS**<br><br>**\* AS MODIFIED \*** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)
- ☐ Private ADR (specify process and provider)

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☐ other requested deadline:

Date: September 10, 2024　　　　Signed: _/s/ Elena DiMuzio_
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: September 10, 2024　　　　Signed: _/s/ Perry Clark_
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

---

☐　IT IS SO ORDERED

☒　IT IS SO ORDERED WITH MODIFICATIONS:
　　The Parties will be referred to a Magistrate Judge for Settlement Conference

Date: September 13, 2024

　　　　　　　　　　　　　　　　　Hon. Edward J. Davila
　　　　　　　　　　　　　　　　　United States District Judge