# Exhibit 1

# Plaintiff's Designation of Trade Secrets

ELENA DIMUZIO (SBN 239953)
  edimuzio@hycounsel.com
DAVID YANG (SBN 246132)
  dyang@hycounsel.com
MATT HAWKINSON (SBN 248216)
  mhawkinson@hycounsel.com
KEVIN GOLDMAN (SBN 249894)
  kgoldman@hycounsel.com
SHARLENE LEE (SBN 274033)
  slee@hycounsel.com
HAWKINSON YANG LLP
8033 W. Sunset Blvd. #3300
Los Angeles, CA 90046
Telephone: (213) 634-0370
Facsimile: (213) 260-9305

Attorneys for Plaintiff
7EDU IMPACT ACADEMY INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 7EDU IMPACT ACADEMY INC., <br><br> Plaintiff, <br><br> vs. <br><br> YA YOU, an individual, AMY QU (a.k.a. AIMEE QU), an individual; YAYI LI, an individual; IGNISION EDUCATION SILICON VALLEY, a California corporation; and DOES 1-10, inclusive. <br><br> Defendants. | CASE NO. 5:24-cv-01708-EJD <br><br> **FOURTH UPDATED TRADE SECRET DESIGNATION** |

In compliance with California Code of Civil Procedure § 2019.210, Plaintiff 7EDU Impact Academy, Inc. ("7EDU") hereby designates the trade secrets it asserts Defendants misappropriated, as set forth in its First Amended Complaint.  For each category, a document or documents containing the trade secret information that has been produced to Defendants is identified.

1. Customer contact information for students and parents:
    i. Legal name
    ii. Preferred name
    iii. Email address
    iv. Mobile phone number
    v. WeChat contact information
    vi. Preferred communication method
    vii. Graduation year
    viii. Mailing address
    ix. Place of birth
    x. Current school

Documents containing the claimed trade secret information:  7EDU_0000124-125; 7EDU_0000127; 7EDU_0000142; 7EDU_0000169; 7EDU_0000183; 7EDU_0000185-268; 7EDU_0000284-306; 7EDU_0000361-527; 7EDU_0000529-531; 7EDU_0000537-538; 7EDU_0000540; 7EDU_0000565-589; 7EDU_0000590-623.

2. Information enabling individualized college counseling for 7EDU's students:
    i. Notes and data on students' progress in classes, grades, scores on standardized tests, strengths and weaknesses, student concerns and preferences, and career ambitions.
    ii. Plans for students' classes, extracurricular activities, academic courses, independent projects, and travel, and notes on completed aspects of these plans.

Documents containing the claimed trade secret information: 7EDU_0000124-125 7EDU_0000127; 7EDU_0000142; 7EDU_0000169; 7EDU_0000183; 7EDU_0000185-268;

7EDU_0000284-306; 7EDU_0000361-525; 7EDU_0000528; 7EDU_0000537-540; 7EDU_0000565-623.

    3. Customer contracts
        i. Pricing information
        ii. Discounts
        iii. Subscription levels

Documents containing the claimed trade secret information: 7EDU_0000128-141; 7EDU_000162-168; 7EDU_000170-182; 7EDU_0000764-1506.

    4. Prospective customer information

Name and contact information provided by prospective 7EDU customers

7EDU cannot provide a document containing these trade secrets, as Defendants misappropriated this information before it was known to 7EDU.

    5. Instructional development materials
        i. Course structure
        ii. Teaching methodologies
        iii. Course goals
        iv. Assessment criteria

Documents containing the claimed trade secret information: 7EDU_0000102-122; 7EDU_0000143-160; 7EDU_0000717-763; 7EDU0001507-1515.

    6. Compensation information for 7EDU contractors and employees

Documents containing the claimed trade secret information: 7EDU_000101

    7. 7EDU strategic business plans and financial information
        i. Schedules of classes and events, specific features and benefits for different subscription levels, pricing strategy and discounts, and minimum numbers of students required to meet revenue goals
        ii. Historic revenue from different elements of 7EDU's services, and projected revenues for ongoing and new projects, and plans for achieving this growth
        iii. Data showing the most successful channels and methods for 7EDU's

marketing efforts

Documents containing the claimed trade secret information: 7EDU_0000098; 7EDU_0000123; 7EDU_0000161; 7EDU_0000184; 7EDU_0001682-1711.

8. Student essays

Documents containing the claimed trade secret information: 7EDU_0000234-248; 7EDU_0000269-283; 7EDU_0000307-360; 7EDU_0000532-536; 7EDU_0000541-589; 7EDU_0000591-606; 7EDU_0000608-716; 7EDU_0001516-1681.

DATED: November 4, 2024           Hawkinson Yang LLP

By:        /s/ Elena DiMuzio
           Elena DiMuzio
           David Yang
           Matt Hawkinson
           Kevin Goldman
           Sharlene Lee

           Attorneys for Plaintiff
           7EDU Impact Academy Inc.