# Exhibit F

# Chart of Second Set of Requests for Production to Defendant Li