DAVID YANG (SBN 246132)
  dyang@hycounsel.com
MATT HAWKINSON (SBN 248216)
  mhawkinson@hycounsel.com
KEVIN GOLDMAN (SBN 249894)
  kgoldman@hycounsel.com
SHARLENE LEE (SBN 274033)
  slee@hycounsel.com
ELENA DIMUZIO (SBN 239953)
  edimuzio@hycounsel.com
HAWKINSON YANG LLP
8033 W. Sunset Blvd. #3300
Los Angeles, CA 90046
Telephone: (213) 634-0370
Facsimile: (213) 260-9305

Attorneys for Plaintiff
7EDU IMPACT ACADEMY INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 7EDU IMPACT ACADEMY INC., <br><br> Plaintiff, <br><br> vs. <br><br> YA YOU, an individual, AMY QU (a.k.a. AIMEE QU), an individual; YAYI LI, an individual; IGNISION EDUCATION SILICON VALLEY, a California corporation; and DOES 1-10, inclusive. <br><br> Defendants. | CASE NO. 5:24-cv-01708-EJD <br><br> **[PROPOSED] ORDER REGARDING DISCOVERY DISPUTES** |

On November 20, 2024, the parties submitted a joint letter brief regarding discovery disputes. The Court, having considered the argument of counsel and the papers submitted, and for good cause shown, HEREBY ORDERS that:

1. Defendant Qu respond to "expedited" discovery as follows:

    a. Produce non-privileged documents responsive to the negotiated searches applied to her personal laptop and email within seven days of the date of this Order.

    b. Update responses to the Plaintiff's First Set of Interrogatories within seven days of the document production described above.

2. Defendants respond to all outstanding discovery within seven days of the date of this Order, and substantially complete their production by January 24, 2024

IT IS SO ORDERED.

DATED:

_____
Honorable Susan van Keulen