Matthew Hawkinson (SBN 248216)
mhawkinson@hycounsel.com
Sharlene Lee (SBN 274033)
slee@hycounsel.com
David Yang (SBN 246132)
dyang@hycounsel.com
HAWKINSON YANG LLP
8033 W. Sunset Blvd. #3300
Los Angeles, CA 90046
Tel: (213) 634-0370
Fax: (213) 260-9305

Attorneys for Plaintiff
7EDU IMPACT ACADEMY INC.

Michael Cohen (SBN 225348)
mcohen@cohenip.com
COHEN IP LAW GROUP, P.C.
9025 Wilshire Blvd., Suite 301
Beverly Hills, California 90211
Tel: 310-288-4500
Fax: 310-246-9980

Attorney for Defendants:
Ignision Education Silicon Valley, Amy Qu,
Ya You, and Yayi Li

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 7EDU IMPACT ACADEMY INC.,<br><br>Plaintiff,<br><br>vs.<br><br>YA YOU, an individual, AMY QU (a.k.a. AIMEE QU), an individual; YAYI LI, an individual; IGNISION EDUCATION SILICON VALLEY, a California corporation; and DOES 1-10, inclusive.<br><br>Defendants. | Case No.: 5:24-cv-01708-EJD<br><br>**JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF SETTLEMENT CONFERENCE** |

## I. Recitals And Grounds For Relief

WHEREAS, on September 13, 2024, the Court referred this case to Magistrate Judge Susan van Keulen for settlement. (Dkt. 68).

WHEREAS, on September 19, 2024, the Court set an In-Person Settlement Conference for February 5, 2025 at 10:00 AM before Magistrate Judge Susan van Keulen. (Dkt. 69). The Court further ordered that settlement conference statements were due by January 29, 2025, and a Pre-Settlement Conference Call for counsel only was set for February 3, 2025 at 1:30 PM.

WHEREAS, on December 10, 2024, Magistrate Judge Susan van Keulen issued an order regarding expedited discovery from Defendant You's laptop, whereby production was to be completed by January 15, 2025 and non-trade secret discovery should proceed, with Defendants' responses to pending requests due and rolling production to begin by January 24, 2025. (Dkt. 72).

WHEREAS, on January 7, 2025, several significant wildfires broke out in the Los Angeles area, causing power/internet outages and evacuations for counsel for the parties who are located in the Los Angeles area.

WHEREAS, counsel have had other firm members, family members, and close friends evacuate their homes, and have had to help them cover other firm matters and assist with evacuation issues.

WHEREAS, counsel have experienced intermittent power and internet outages related to the ongoing wildfires, significantly disturbing their work.

WHEREAS, counsels' children's schools were closed for a number of days, causing additional disruptions to work.

WHEREAS, as result of these significant wildfire-related disruptions, Defendants' counsel has not been able to meet the production deadlines on January 15 and January 24.

WHEREAS, the Parties believe a roughly 30-day extension of the Settlement Conference is necessary and desirable to ensure adequate time for Defendants to provide the agreed-upon discovery, and for Plaintiff have sufficient time to review said discovery in advance of the Settlement Conference.

WHEREAS, for these reasons, good cause exists to extend the Settlement Conference by approximately 30 days as set forth below or dates to be determined by the Court at its convenience.

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST:

That the Court reschedule the Settlement Conference to on or around March 12, 2025, or at the Court's earliest convenience thereafter.

DATED: January 27, 2025    HAWKINSON YANG LLP

By: /s/ Matthew Hawkinson
Matthew Hawkinson
Sharlene Lee
David Yang
Attorneys for Plaintiff

DATED: January 27, 2025    Cohen IP Law Group, P.C.

By: /s/ Michael Cohen
Michael Cohen

Attorney for Defendants
Ignision Education Silicon Valley, Amy Qu, Ya You, Yayi Li