**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 7EDU IMPACT ACADEMY INC., <br><br>    Plaintiff, <br><br>  vs. <br><br>YA YOU, an individual, AMY QU (a.k.a. AIMEE QU), an individual; YAYI LI, an individual; IGNISION EDUCATION SILICON VALLEY, a California corporation; and DOES 1-10, inclusive. <br><br>    Defendants. | Case No.: 5:24-cv-01708-EJD <br><br>**[PROPOSED] ORDER ON JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF SETTLEMENT CONFERENCE** |

The Court having considered the parties' joint stipulation, and good cause having been show, hereby grants the stipulation and orders that the Settlement Conference be set for March 12, 2025.

**IT IS SO ORDERED**

DATED: _____ _____
Judge Edward J. Davila